# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1665
_____

JESS J. MURPHY,

    Appellant,

    v.

SHAKYIA ALORIA SUMNER,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Victor L. Hulslander, Judge.

July 16, 2019

PER CURIAM.

Upon consideration of Appellant's response to the Court's order of May 8, 2019, the Court has determined that the appeal is untimely. Accordingly, the appeal is dismissed. Appellant's Motion for Civil Contempt and/or Return of Child(ren), filed May 6, 2019, is denied as moot.

RAY, C.J., and BILBREY and JAY, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————


Jess J. Murphy, pro se, Appellant.

No appearance for Appellee.